1 John J. Gogian Revocable Trust of 1983, dated April 18, 1983, Plaintiff-Appellee, v. William Stumpe, Defendant-Appellant. No. 20CA0820
Court of Appeals of Colorado, Second Division
October 22, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 El
 Paso County District Court No. 19CV30019 Honorable David A.
 Gilbert, Judge
 
 
 
 OPINION
 
 
 
 HAWTHORNE, JUDGE [*]
 
 
 JUDGMENT
 VACATED AND CASE REMANDED WITH DIRECTIONS
 
 
 
 Román and Yun, JJ., concur
 
 2
 
 ---------
 
 
 Notes:
 
 
 [*]Sitting by assignment of the
 Chief Justice under provisions of Colo. Const. art. VI,
 § 5(3), and § 24-51-1105, C.R.S. 2020.
 
 
 ---------